STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN (CABN 258485)
JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-7234
    Joseph.tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **3:15-cr-00591-CRB-1** |
|     Plaintiff, | [~~PROPOSED~~] **DETENTION ORDER** |
| v. | |
| DUBLANDU ALEMU, | |
|     Defendant. | |

    Kristen Coleman, a Probation Officer employed in the United States District Court for the Northern District of California, filed an Amended Petition for Warrant for Person Under Supervision against Dublandu Alemu, alleging five violations by Mr. Alemu of his supervised release conditions.

    This matter came before the Court on June 23, 2021, for an initial appearance on the Amended Petition, at which time the Amended Petition was unsealed and distributed to counsel. The defendant appeared by videoconference with his consent and was represented by Candis Mitchell. Assistant United States Attorney Joseph Tartakovsky appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel and Ms. Coleman submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has failed to show by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. *See* Fed. R. Crim. Proc. 32.1(a)(6). Accordingly, the defendant must be detained while the Amended Petition is pending. The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. As noted on the record, the Court makes the following findings as the bases for its conclusion:

First, Alemu poses a danger to the community. Charge Number Five alleges that there is probable cause to believe that, on December 5, 2020, Alemu committed the following offenses: Unlawful taking of a Vehicle, California Vehicle Code 10851(a), a felony; Receiving Stolen Property, California Penal Code 496(d)(a), a felony; Criminal Threats, California Penal Code 422, a felony; and Possession of a Controlled Substance, Health and Safety Code 11350(a)(2), a misdemeanor. In particular, the Amended Petition states that, according to reports, Alemu "came to [the victim's] house, forced his way in, and threatened [the victim] with a firearm, if [the victim] reported his car as stolen to the police."

Second, Alemu poses a risk of flight. In particular, Ms. Coleman represented that Alemu had been out of contact with her, despite the requirements of his supervised release, for approximately six months.

These findings are made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3143(a)(1) and Fed. R. Crim. Proc. 32.1(a)(6), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the

defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

　　　　IT IS SO ORDERED.

DATED: June 23, 2021

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge